IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

STEPHANIE DEASON )
)
Plaintiff, ) No. 3:12-cv-00212
)
vs. ) Judge Trauger
)
BROADCAST MUSIC, INC. ) Magistrate Judge Bryant
)
Defendant. )

## AGREED ORDER OF DISMISSING THE CASE WITH PREJUDICE

COME NOW the Parties hereto, by and through their undersigned counsel, and announce to the Court that this case has been voluntarily compromised and settled and, therefore, this case should be dismissed, with prejudice, with each Party to bear its own costs, attorney fees, and expenses.

IT IS SO ORDERED this ___ day of _____, 2012.

_____
Aleta Trauger
United States District Judge

14

**AGREED AND APPROVED FOR ENTRY:**

_____
Irwin Venick, Esq. (BPR # 04112)
DOBBINS, VENICK, KUHN, & BYASSEE, PLLC
210 25th Ave., N., Ste. 1010
Nashville, Tennessee 37203
(615) 321-5659
IrwinV@dvlawfirm.com

*Attorney for Plaintiff*

_____
R. Eddie Wayland (BPR # 006045)
C. Hunter Kitchens (BPR # 030493)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
(615) 259-3456
fax: (615) 726-5417

*Attorneys for Defendants*

15